**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **Shawntae Jones** | ) |
| | ) |
| *Plaintiff,* | ) |
| v. | )    No.: 1:26-cv-00225-ABA |
| | ) |
| **Sam Cogen, Sheriff** | **)** |
| | ) |
| *Defendant.* | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF DISMISSAL WITH PREJUDICE

After reviewing the Defendant's Motion to Dismiss, Plaintiff, Shawntae Jones, is unable to make a good faith argument that a suit against the Sheriff, in his official capacity, is *not* a suit against the state of Maryland.

Wherefore, the Plaintiff dismisses his lawsuit with prejudice.

February 13, 2026                                    Respectfully Submitted,

*/s/ Michael G. Raimondi*
Michael G. Raimondi (05459)
6509 York Road
Baltimore, MD 21212
(410) 532-7200
(410) 372-0529 (fax)
Raimondilaw@gmail.com
Attorney for Plaintiff Shawntae Jones

### CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February 2026, the foregoing and all attachments thereto were filed and served electronically by the CM/ECF system on all counsel of record.

*/s/ Michael G. Raimondi*
Michael G. Raimondi

1